**FILED**

**OCT 24 2019**

**MAGISTRATE JUDGE MARIA VALDEZ**
**UNITED STATES DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERTO VELAZQUEZ MARTINEZ,<br>a/k/a "Rafael," | CASE NUMBER: 19 CR 768<br><br>Hon. Maria Valdez |

## GOVERNMENT'S MOTION TO UNSEAL CASE

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Unseal Case.

On October 3, 2019, U.S. Magistrate Judge Jeffrey Cummings authorized a criminal complaint that charged defendant Roberto Velazquez Martinez with one count of conspiracy to possess with intent to distribute and to distribute a controlled substance, namely, five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846. Upon the government's motion, the complaint was filed under seal "until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier."

On October 6, 2019, defendant was arrested by law enforcement in Peru and is currently pending extradition proceedings to the United States.

On October 24, 2019, a grand jury returned an indictment that charged the defendant with one count of conspiracy to possess with intent to distribute and to distribute a controlled substance, namely, five kilograms or more of cocaine, in violation of Title 21, United States Code, Section 846. As such, the government

respectfully requests that the complaint, indictment, and related pleadings be unsealed at this time.

DATE: October 24, 2019                Respectfully submitted,

                                                JOHN R. LAUSCH, JR.
                                                United States Attorney

By:   */s/Matthew Hernandez*
       Matthew Hernandez
       Assistant United States Attorney
       219 S. Dearborn Street, Rm. 500
       Chicago, Illinois 60604
       (312) 353-4317